*FILED IN OPEN COURT ON 7/6/07*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Criminal Action No. 07-121m MPT |
| | ) |
| ARTHUR DAVIS, | ) |
| | ) |
| Defendant. | ) |

**MOTION FOR DETENTION HEARING**

**NOW COMES** the United States and moves for the pretrial detention of the defendant, pursuant to 18 U.S.C. § 3142(e) and (f). In support of the motion, the United States alleges the following:

1. **Eligibility of Case**. This case is eligible for a detention order because case involves (**check all that apply**):

    ___ Crime of violence (18 U.S.C. § 3156)

    ___ Maximum sentence life imprisonment or death

    ___ 10+ year drug offense

    ___ Felony, with two prior convictions in above categories

    ___ Minor victim

    _X_ Possession/ use of firearm, destructive device or other dangerous weapon

    ___ Failure to register under 18 U.S.C. § 2250

    _X_ Serious risk defendant will flee

    ___ Serious risk obstruction of justice

    FILED
    JUL - 6 2007
    U.S. DISTRICT COURT
    DISTRICT OF DELAWARE

2. **Reason For Detention**. The court should detain defendant because there are no conditions of release which will reasonably assure (**check one or both**):

    _X_ Defendant's appearance as required

    _X_ Safety of any other person and the community

3. **Rebuttable Presumption**. The United States will not invoke the rebuttable presumption against defendant under § 3142(e). (If yes) The presumption applies because **(check one or both)**:

    \_\_\_ Probable cause to believe defendant committed 10+ year drug offense or firearms offense, 18 U.S.C. § 924(c), or a federal crime of terrorism, or a specified offense (_____) with minor victim

    \_\_\_ Previous conviction for "eligible" offense committed while on pretrial bond

4. **Time For Detention Hearing**. The United States respectfully requests the Court conduct the detention hearing,

    \_\_\_ At first appearance

    _X_ After continuance of _3_ days (not more than 3).

5. **Temporary Detention**. The United States requests the temporary detention of the defendant for a period of _____ days (not more than 10) so that the appropriate officials can be notified since **(check 1 or 2, and 3)**:

    1. At the time the offense was committed the defendant was:

        \_\_\_ (a) on release pending trial for a felony;

        \_\_\_ (b) on release pending imposition or execution of sentence, appeal of sentence or conviction, or completion of sentence for an offense;

        \_\_\_ (c) on probation or parole for an offense.

    \_\_\_ 2. The defendant is not a citizen of the U.S. or lawfully admitted for permanent residence.

    \_\_\_ 3. The defendant may flee or pose a danger to any other person or the community.

6. **Other Matters**.

_____

_____

DATED this __6th__ day of July, 2007.

                              Respectfully submitted,

                              COLM F. CONNOLLY
                              United States Attorney

BY: _/s/ Martin C. Meltzer_____
       Martin Meltzer
       Special Assistant United States Attorney