AO 468 (1/86) Waiver of Preliminary Examination or Hearing

# United States District Court

_____ DISTRICT OF ___DELAWARE___

UNITED STATES OF AMERICA

V.

Arthur Davis

WAIVER OF PRELIMINARY
EXAMINATION OR HEARING
(Rule 5 or 32.1, Fed. R. Crim. P.)

Case Number:  07-121M (MPT)

I, ___ARTHUR DAVIS___, charged in a (complaint) (petition) pending in this District with ___Felon in Possession of a Firearm___ in violation of Title ___18___, U.S.C., ___922(g)(1) and 924(a)(2)___, and having appeared before this Court and been advised of my rights as required by Rule 5 or Rule 32.1, Fed. R. Crim. P., including my right to have a preliminary (examination) (hearing), do hereby waive (give up) my right to a preliminary (examination) (hearing).

_____
Defendant

_____
Counsel for Defendant

___7/12/07___
Date

FILED
JUL 13 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE